**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1877**

---

STATE OF NORTH CAROLINA; ROY COOPER, Attorney General;
HARRIET E. WORLEY, Assistant Attorney General ex rel.,

Plaintiffs - Appellees,

v.

TIARI EL & ASSOCIATES INDIGENOUS LAW FIRM; ANNIE LAURENCE
BARBER, a/k/a Annie Barber Williams, a/k/a Anewa Shapheem
Tiari-El; ROSA L. BARBER, a/k/a Rasheeda Shapheem-El; RALPH
HAMMOND, a/k/a Nasir Hassan Bey; HAMMONDS & ASSOCIATES,
INCORPORATED,

Defendants - Appellants.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (5:03-cv-00919-H)

---

Submitted:  September 4, 2008       Decided:  November 3, 2008

---

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anewa Shapheem Tiari-El, Rosa L. Barber, Ralph Hammond, HAMMONDS &
ASSOCIATES, INC., Charlotte, North Carolina, for Appellants. Roy
Cooper, Attorney General, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendants appeal the district court's order denying their Fed. R. Civ. P. 60(b) motion to reconsider the order remanding their case to state court due to lack of subject matter jurisdiction. The district court correctly found that it did not have jurisdiction to consider Defendants' Rule 60(b) motion. See In re Lowe, 102 F.3d 731, 734-35 (4th Cir. 1996). We accordingly dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED